IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DEREK SCHAFFER, Individually and on Behalf of Home Mortgage Corporation and CARL DIANTONIO, Individually and on Behalf of Home Mortgage Corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>HOME MORTGAGE CORPORATION, et al.,<br><br>        Defendants. | Civil No. 18-8842 (NLH/AMD) |

**<u>ORDER</u>**

      This matter comes before the Court *sua sponte* in light of Plaintiffs Derek Schaffer and Carl DiAntonio's failure to appear for court-ordered hearings; failure to respond to the Court's Order to Show Cause, and failure to prosecute their case; and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local

14

Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown:

    IT IS on this  31st  day of   December    2020 hereby

    **ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

    **ORDERED** that Plaintiffs' complaint shall be, and is hereby, **DISMISSED WITH PREJUDICE**.

                                                    s/ Noel L. Hillman
At Camden, New Jersey      NOEL L HILLMAN, U.S.D.J.